

IN THE
TENTH COURT OF APPEALS

No. 10-12-00404-CR

EX PARTE CRAIG E. MENDENHALL

Original Proceeding

MEMORANDUM OPINION

Craig E. Mendenhall filed an article 11.25 petition for writ of habeas corpus, also known as a "medical writ," with this Court. TEX. CODE CRIM. PROC. ANN. art. 11.25 (West 2005). He is serving time for a final felony conviction in a Texas Department of Criminal Justice facility in Potter County. He also filed for relief under Article 5, Section 6 of the Texas Constitution.

By letter dated November 6, 2012, the Clerk of this Court notified Mendenhall that his proceeding was subject to dismissal because it appeared this Court had no jurisdiction to grant his petition. Mendenhall was further warned that the Court would dismiss this proceeding unless, within 21 days of the date of the letter, a response was

filed showing grounds for continuing the proceeding. Mendenhall filed a response but it does not show grounds for continuing the proceeding.

This Court does not have jurisdiction to grant an 11.25 writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. arts. 11.05; 11.25 (West 2005); *see also Ex parte Baltimore*, 616 S.W.2d 205, 206-207 (Tex. Crim. App. 1981) ("the phrase 'legal custody' as used…does not contemplate a release after conviction of a felony."). Even if the Court has jurisdiction to grant an 11.25 writ after a felony conviction, it does not have jurisdiction over Potter County where it appears the writ, if available, should be filed. *See* TEX. CODE CRIM. PROC. ANN. art. 11.27 (West 2005); TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2012). Further, because the Court does not have jurisdiction over Potter County, it does not have jurisdiction to issue a writ pursuant to Article 5, § 6 of the Texas Constitution.

This original proceeding is dismissed. *See* TEX. R. APP. P. 44.3. Mendenhall's motion for leave to file his petition is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition dismissed
Opinion delivered and filed December 6, 2012
Do not publish
[CR25]